IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA

v.

NO. 5:20-CR-00008-001 (MTT)

**DERRICO ISAAC BURTON**

## ORDER

On August 18, 2021, Derrico Isaac Burton was sentenced to 30 months confinement followed by a three-year term of supervised release. Burton pled guilty to Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2).

Burton's term of supervised release commenced on October 5, 2022. On November 18, 2022, a Petition for Warrant or Summons for Offender Under Supervision *(see CM/ECF Doc. 58)* was issued for Burton moving from his approved residence without notifying his U.S. Probation Officer. On November 21, 2022, Burton was pronounced deceased from cardiovascular disease at Atrium Health Hospital located in Macon, Georgia.

For good and sufficient cause shown to the Court, due to Burton's untimely death, it is ordered that the Petition for Warrant or Summons for Offender Under Supervision *(CM/ECF Doc. 58)*, be dismissed and supervision of his case by the U.S. Probation Office be terminated.

SO ORDERED this 6th day of March, 2023.

s/ Marc T. Treadwell

MARC T. TREADWELL
CHIEF U.S. DISTRICT JUDGE

Prepared by: AGR